BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
True Religion Apparel, Inc.
and Guru Denim, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE RELIGION APPAREL, INC., a Delaware corporation, and GURU DENIM, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA & SUN, LLC, a California limited liability company, and SHAI SUDRAY, an individual,<br><br>Defendants. | Case No. CV 12-7234 JGB (FMOx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** |

This Court, having considered the Complaint on file in this action, and Defendant Shai Sudry ("Defendant"), having consented to the terms of the judgment and permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiff True Religion Apparel, Inc. is a Delaware corporation with its principal place of business at 2263 East Vernon Avenue, Vernon, California 90058. Plaintiff Guru Denim, Inc., a wholly-owned subsidiary of True Religion Apparel, Inc., is a California corporation with its principal place of business at

-1-

2263 East Vernon Avenue, Vernon, California 90058.  Plaintiffs are referred to collectively below as "True Religion."

2. True Religion is a world-famous manufacturer and designer of high-end fashion jeans and other premium apparel.  Over the years, True Religion has spent millions of dollars promoting the True Religion brand and its numerous trade marks.  In addition, True Religion has taken steps to protect its valuable intellectual property, including its trademarks and trade dress.

3. As a result, the consuming public has come to associate goods bearing True Religion trademarks, including the federally-registered marks TRUE RELIGION and TRUE RELIGION BRAND JEANS, as emanating from True Religion, and as high-quality merchandise.  Copies of the two registrations for TRUE RELIGION (Registration Nos. 3,162,614 and 3,162,615 are attached as Exhibits 1 and 2.

4. The TRUE RELIGION trademark, and other associated marks owned by True Religion, have become famous.

1. On August 22, 2012, True Religion filed a complaint in this action alleging, *inter alia*, that Defendant Shai Sudry engaged in trademark infringement, counterfeiting, trademark dilution, false designation of origin, unfair competition, and breach of contract in connection with his sale of certain TRUE RELIGION-branded apparel.

2. The Court has jurisdiction over the subject matter of this action and over Defendant and venue in this action is proper in this judicial district.

IT IS HEREBY ORDERED that:

1. Judgment shall be entered against Defendant Shai Sudry as to each of the claims asserted by True Religion against him.

2. Defendant Sudry and all of his agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for,

with, by, through, or under authority from Sudry, or in concert or participation with him, and each of them, be PERMANENTLY ENJOINED and RESTRAINED, from manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying any items bearing any TRUE RELIGION trademark or any other confusingly similar imitation of the mark TRUE RELIGION.

3. The parties shall bear their own costs, including attorneys' fees.

4. The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

IT IS SO ORDERED, this 25th day of February, 2013.

_____
The Honorable Jesus G. Bernal, Judge
United States District Court

CONSENTED TO BY:

SHAI SUDRY, an individual

_____
Title:
Date: 2/6/2013

TRUE RELIGION APPAREL, INC.

By: _____
Name: Deborah Greaves
Title: Sr. & General Counsel
Date: Feb. 22, 2013

-3-

CHRISTIE, PARKER & HALE, LLP